FILED
NOV 1 0 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 4:21CR00605 HEA/DDN
)
KEVIN L. GORDON, )
)
Defendant. )

**MOTION FOR PRETRIAL DETENTION AND HEARING**

The United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and C. Ryan Finlen, Assistant United States Attorney for the District, moves the Court to order Defendant detained pending trial and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1.  Defendant is currently charged with a Hobbs Act Robbery and an attempted Hobbs Act Robbery, on two separate occasions. On both of these occasions, Defendant was released on parole following his 2000 murder conviction.

2.  Within three weeks of the second incident, Defendant's mother called the Missouri Department of Probation and Parole to inform them that her son "has been robbing people in the area" and she was "concerned he is going to kill somebody or be killed."

3.  Defendant was linked to the July 2019 robbery after DNA from a latex glove left behind at the scene matched Defendant's DNA profile in the CODIS system. An employee of the second robbed location positively identified Defendant.

4.   Not only did Defendant's DNA match the latex glove at the July 2019 scene, but Defendant's DNA also matched a cigarette butt left behind at the scene of an uncharged hold-up in October 2020.

5.   Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against Defendant, the Defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by Defendant's release warrant Defendant's detention pending trial.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/ C. Ryan Finlen*
C. RYAN FINLEN, #6305918(IL)
Assistant United States Attorney